**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 9 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

JOHN MULHOLLAND,

Plaintiff,

v.

CIVIL ACTION NO. *3: 11CV174DPM*

ROSS KLEIN CAPITAL MANAGEMENT, LLC,

Defendant.

This case assigned to District Judge *Marshall*
and to Magistrate Judge *Young*

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

JOHN MULHOLLAND (Plaintiff), through his attorneys, KROHN & MOSS, LTD.,

alleges

the following against ROSS KLEIN CAPITAL MANAGEMENT, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is established.

5.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6.  Plaintiff is a natural person residing in Blytheville, Mississippi County, Arkansas.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a debt collection company with its headquarters in Amherst, New York..

## FACTUAL ALLEGATIONS

10. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged credit card debt from 2006.

11. Defendant calls from 866-214-3018.

12. Defendant leaves message for Plaintiff to call back Defendant's employee, Mr. Quinn, at 877-249-1910 x 106.

13. Defendant threatened to file a lawsuit against Plaintiff if he did not make a payment. To date, no lawsuit has been filed against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b.  Defendant violated *§1692e* of the FDCPA by using false, deceptive, or misleading

representation or means in connection with the debt collection.

   c. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff although no lawsuit was filed.

   d. Defendant violated *§1692e(10)* of the FDCPA by using false representation or deceptive means to collect a debt.

WHEREFORE, Plaintiff, JOHN MULHOLLAND, respectfully requests judgment be entered against Defendant, ROSS KLEIN CAPITAL MANAGEMENT, LLC, for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k* , and

17. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED

Dated: August 23, 2011     By:

Michael Agruss Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N Dearborn St, 3rd Fl
Chicago, IL 60602
phone: (323) 988-2400 x 235
fax: (866) 799-3206
e-mail: magruss@consumerlawcenter.com

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JOHN MULHOLLAND, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARKANSAS

Plaintiff, JOHN MULHOLLAND, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOHN MULHOLLAND, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

8/5/2011
_____
Date

_____
JOHN MULHOLLAND

PLAINTIFF'S COMPLAINT

5