

John Mulholland v. Ross Klein Capital Management, LLC (3:11-CV-00174-DPM)
Agruss, Mike
to:
clerksoffice
09/23/2011 09:06 AM
Show Details

5 Attachments

    

image001.gif  image002.gif  image003.gif  Summons-FILEDpdf.pdf  POS-FILED.pdf

To Whom It May Concern:

Please find attached the returned executed summons.

Thanks,

Mike

*PLEASE NOTE OUR ADDRESS CHANGE AS OF AUGUST 15, 2011*

Michael S. Agruss*
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: (866) 620-2956
Email: magruss@consumerlawcenter.com
Web: www.krohnandmoss.com
*Licensed in Illinois and California
*Federally admitted in all of the District Courts in IL, CA, TX, NE, CO, ND, WI, IN, AR, and MI.

Connect With Us