**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOHN MULHOLLAND,

Plaintiff,                                                        CASE NO. 3:11-cv-00174-DPM

v.

ROSS KLEIN CAPITAL MANAGEMENT,
LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JOHN MULHOLLAND (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, ROSS KLEIN CAPITAL MANAGEMENT, LLC (Defendant), in this case.

DATED:  December 28, 2011                    RESPECTFULLY SUBMITTED,

                                                KROHN & MOSS, LTD.

                                  By:  /s/ Michael Agruss

                                      Michael Agruss Esq.
                                      Attorney for Plaintiff
                                      Krohn & Moss, Ltd.
                                      10 N Dearborn St, 3rd Floor
                                      Chicago, IL 60602
                                      Tel: (323) 988-2400 x 235
                                      Fax: (866) 799-3206
                                      E-mail: magruss@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Ross Klein Capital Management at the below address:

Ross Klein Capital Management, LLC
3840 East Robinson Rd, Ste 121
Amherst NY 14228


By:  /s/ Michael Agruss

Michael Agruss Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N Dearborn St, 3rd Floor
Chicago, IL 60602
Tel: (323) 988-2400 x 235
Fax: (866) 799-3206
E-mail: magruss@consumerlawcenter.com